**Order entered August 15, 2019**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-00284-CV

**TOYOTA MOTOR SALES, U.S.A., INC., ET AL., Appellants**

**V.**

**BENJAMIN THOMAS REAVIS, ET AL., Appellees**

**On Appeal from the 134th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-16-15296**

## ORDER

Before the Court is the August 13, 2019 second request of Vielica Dobbins, Official Court Reporter for the 134th Judicial District Court, for an extension of time to file the reporter's record. We **GRANT** the request and extend the time to **September 9, 2019**. We caution Ms. Dobbins that further extension requests will be disfavored.

/s/    KEN MOLBERG
JUSTICE